8:21 AM
12/04/23
Accrual Basis

# BELLE SAISON BRIDAL
## Profit & Loss
### November 2023

|  | Nov 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Expense** | |
| Office Supplies | 2,277.80 |
| Repairs and Maintenance | 519.48 |
| Sales Tax | 313.52 |
| Shipping | 107.98 |
| **Special Order Merchandise** | |
| freight | 0.00 |
| vendor discount | 0.00 |
| Special Order Merchandise - Other | 12,942.20 |
| **Total Special Order Merchandise** | 12,942.20 |
| Telephone Expense | 283.94 |
| Utilities | 1,911.26 |
| **Total Expense** | 18,356.18 |
| **Net Ordinary Income** | -18,356.18 |
| **Net Income** | **-18,356.18** |

8:21 AM
12/04/23
Accrual Basis

# BELLE SAISON BRIDAL
## Profit & Loss
### October 2023

|  | Oct 23 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Deposit | 4,175.68 |
|     SBA Loan | -363.00 |
|   **Total Income** | 3,812.68 |
|   **Cost of Goods Sold** | |
|     Merchant Account Fees | 479.19 |
|   **Total COGS** | 479.19 |
|   **Gross Profit** | 3,333.49 |
|   **Expense** | |
|     Computer and Internet Expenses | 45.00 |
|     Owner Profit | 2,250.00 |
|     Sales Tax | 1,328.50 |
|     Shipping | 98.78 |
|     **Special Order Merchandise** | |
|       freight | 0.00 |
|       vendor discount | 0.00 |
|       Special Order Merchandise - Other | 8,722.64 |
|     **Total Special Order Merchandise** | 8,722.64 |
|     Telephone Expense | 264.86 |
|   **Total Expense** | 12,709.78 |
|   **Net Ordinary Income** | -9,376.29 |
| **Net Income** | **-9,376.29** |

Page 1

8:20 AM
12/04/23
Accrual Basis

# BELLE SAISON BRIDAL
## Profit & Loss
### September 2023

|  | Sep 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Deposit | 13,308.76 |
| SBA Loan | -363.00 |
| **Total Income** | 12,945.76 |
| **Cost of Goods Sold** | |
| Merchant Account Fees | 526.48 |
| **Total COGS** | 526.48 |
| **Gross Profit** | 12,419.28 |
| **Expense** | |
| Computer and Internet Expenses | 45.00 |
| Office Supplies | 1,925.49 |
| Owner Profit | 2,000.00 |
| Rent Expense | 5,000.00 |
| Repairs and Maintenance | 114.96 |
| Sales Tax | 1,667.83 |
| September Loan | 2,076.90 |
| Shipping | 163.43 |
| **Special Order Merchandise** | |
|    freight | 0.00 |
|    vendor discount | 0.00 |
|    Special Order Merchandise - Other | 25,664.80 |
| **Total Special Order Merchandise** | 25,664.80 |
| Telephone Expense | 131.36 |
| Utilities | 817.01 |
| **Total Expense** | 39,606.78 |
| **Net Ordinary Income** | -27,187.50 |
| **Net Income** | **-27,187.50** |

8:20 AM
12/04/23
Accrual Basis

# BELLE SAISON BRIDAL
## Profit & Loss
### August 2023

|  | Aug 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Deposit | 39,214.97 |
| SBA Loan | -363.00 |
| **Total Income** | 38,851.97 |
| **Cost of Goods Sold** | |
| Merchant Account Fees | 343.54 |
| **Total COGS** | 343.54 |
| **Gross Profit** | 38,508.43 |
| **Expense** | |
| Computer and Internet Expenses | 80.00 |
| Health-Family | 250.00 |
| Office Supplies | 2,129.58 |
| Owner Profit | 3,002.36 |
| **Payroll Expenses** | |
| TEC Tax | 1,749.30 |
| **Total Payroll Expenses** | 1,749.30 |
| Rent Expense | 12,000.00 |
| Sales Tax | 2,760.12 |
| September Loan | 3,461.50 |
| Shipping | 32.42 |
| **Special Order Merchandise** | |
| freight | 0.00 |
| vendor discount | 0.00 |
| Special Order Merchandise - Other | 22,893.52 |
| **Total Special Order Merchandise** | 22,893.52 |
| Telephone Expense | 358.32 |
| Utilities | 748.78 |
| **Total Expense** | 49,465.90 |
| **Net Ordinary Income** | -10,957.47 |
| **Net Income** | **-10,957.47** |

Page 1

8:20 AM
12/04/23
Accrual Basis

# BELLE SAISON BRIDAL
## Profit & Loss
### July 2023

|  | Jul 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Deposit | 61,901.67 |
| SBA Loan | -363.00 |
| **Total Income** | 61,538.67 |
| **Cost of Goods Sold** | |
| Merchant Account Fees | 463.90 |
| **Total COGS** | 463.90 |
| **Gross Profit** | 61,074.77 |
| **Expense** | |
| Bank Service Charges | 24.00 |
| Insurance Expense | 31.00 |
| Office Supplies | 349.51 |
| Owner Profit | 2,000.00 |
| Sales Tax | 7,949.59 |
| September Loan | 2,769.20 |
| Shipping | 342.16 |
| **Special Order Merchandise** | |
| freight | 0.00 |
| vendor discount | 0.00 |
| Special Order Merchandise - Other | 22,983.66 |
| **Total Special Order Merchandise** | 22,983.66 |
| Telephone Expense | 258.32 |
| Utilities | 676.66 |
| **Total Expense** | 37,384.10 |
| **Net Ordinary Income** | 23,690.67 |
| **Net Income** | **23,690.67** |

Page 1

| 8:19 AM | **BELLE SAISON BRIDAL** | |
|---|---|---|
| 12/04/23 | **Profit & Loss** | |
| Accrual Basis | **June 2023** | |

|  | Jun 23 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Deposit | 11,550.49 |
|     SBA Loan | -363.00 |
|   **Total Income** | 11,187.49 |
|   **Cost of Goods Sold** | |
|     Merchant Account Fees | 469.19 |
|   **Total COGS** | 469.19 |
| **Gross Profit** | 10,718.30 |
|   **Expense** | |
|     Bank Service Charges | 100.00 |
|     Computer and Internet Expenses | 69.50 |
|     Office Supplies | 164.42 |
|     Owner Profit | 900.00 |
|     Repairs and Maintenance | 759.49 |
|     September Loan | 3,461.50 |
|     Special Order Merchandise | |
|       freight | 0.00 |
|       Special Order Merchandise - Other | 9,995.39 |
|     **Total Special Order Merchandise** | 9,995.39 |
|     Telephone Expense | 153.92 |
|   **Total Expense** | 15,604.22 |
| **Net Ordinary Income** | -4,885.92 |
| **Net Income** | **-4,885.92** |

Page 1

8:22 AM
12/04/23
Accrual Basis

# BELLE SAISON BRIDAL
## Profit & Loss
### January through November 2023

|  | Jan - Nov 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Deposit | 315,703.98 |
| SBA Loan | -3,630.00 |
| **Total Income** | 312,073.98 |
| **Cost of Goods Sold** | |
| Merchant Account Fees | 3,399.53 |
| **Total COGS** | 3,399.53 |
| **Gross Profit** | 308,674.45 |
| **Expense** | |
| Bank Service Charges | 4,429.82 |
| Computer and Internet Expenses | 340.72 |
| Health-Family | 250.00 |
| Insurance Expense | 540.04 |
| Janitorial Expense | -228.45 |
| Office Supplies | 9,487.87 |
| Owner Profit | 18,731.22 |
| **Payroll Expenses** | |
| IRS | 5,508.76 |
| TEC Tax | 1,793.55 |
| Payroll Expenses - Other | 34,625.82 |
| **Total Payroll Expenses** | 41,928.13 |
| Rent Expense | 57,639.64 |
| Repairs and Maintenance | 1,988.70 |
| Sales Tax | 27,559.28 |
| September Loan | 25,615.10 |
| Shipping | 1,545.51 |
| **Special Order Merchandise** | |
| freight | 2,193.78 |
| vendor discount | -317.56 |
| Special Order Merchandise - Other | 200,058.15 |
| **Total Special Order Merchandise** | 201,934.37 |
| Telephone Expense | 1,804.75 |
| Utilities | 6,083.21 |
| **Total Expense** | 399,649.91 |
| **Net Ordinary Income** | -90,975.46 |
| **Net Income** | **-90,975.46** |

Page 1